United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3071
_____

Gregory Teamer,                          *
                                         *
          Appellant,                     *
                                         *   Appeal from the United States
     v.                                  *   District Court for the
                                         *   Western District of Missouri.
Paul Konstance,                          *
                                         *    [UNPUBLISHED]
          Appellee.                      *

_____

Submitted: September 30, 1997
Filed: October 3, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.


     Gregory Teamer, a Missouri prisoner formerly incarcerated at Algoa
Correctional Center (ACC), appeals from the District Court's[1] adverse grant of
summary judgment in his pro se 42 U.S.C. § 1983 (1994) action against Paul
Konstance, a corrections officer at ACC.

---

[1]The Honorable William A. Knox, United States Magistrate Judge for the
Western District of Missouri, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

This court reviews <u>de novo</u> the District Court's grant of summary judgment. <u>See</u> <u>Davis v. Scott</u>, 94 F.3d 444, 446 (8th Cir. 1996). Summary judgment is appropriate only when the moving party demonstrates there is no genuine issue of material fact, and it is entitled to judgment as a matter of law. <u>See</u> Fed. R. Civ. P. 56(c).

In his complaint, Teamer alleged he suffered injuries and was subjected to cruel and unusual punishment when Konstance held Teamer and allowed William Bible, another inmate, to hit Teamer. To prevail on his Eighth Amendment claim, Teamer needed to show Konstance acted with deliberate indifference of Teamer's safety; specifically, that Konstance acted or failed to act despite knowing that Teamer faced a risk of being assaulted. <u>See</u> <u>Farmer v. Brennan</u>, 511 U.S. 825, 837-38 (1994).

The evidence submitted by the parties, taken in the light most favorable to Teamer, <u>see</u> <u>Miller v. Solem</u>, 728 F.2d 1020, 1023-24 (8th Cir.), <u>cert. denied</u>, 469 U.S. 841 (1984), shows that he and Bible were fighting when they fell into Konstance, and Konstance restrained Teamer, placing himself between Teamer and Bible, but no one restrained Bible. Bible then reached over Konstance's shoulder and "sucker punche[d]" Teamer, which Teamer admitted was a surprise. We conclude this evidence cannot support the conclusion that Konstance knew Bible continued to pose a danger to Teamer, once Konstance had interceded. Accordingly, the District Court did not err in granting summary judgment in favor of Konstance.

After carefully reviewing Teamer's remaining arguments, we find they are without merit.

Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.